IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAIRYLAND INSURANCE                                          PLAINTIFF

VS.                    NO. 6:05-CV-6018

KIMBERLY GILLHAM, REGGIE GILLHAM,
ANNA WORTHMAN, JAMES ICKSTADT,
DANIEL CASTILLO, ROBERT ORTEGA, JR.,
STACI M. LAU, and STACI LAU, As Mother and
Next Friend of IAN LAU, a minor, JUAN A. ENRIQUEZ,
ANTONIO GARCIA, HEALTHCARE RECOVERIES,
ST. PAUL TRAVELERS, and BLUECROSS BLUESHIELD
OF NEW MEXICO                                                DEFENDANTS

### ORDER TO DISMISS HEALTHCARE RECOVERIES, INC.

On the Motion of Plaintiff, Healthcare Recoveries, Inc. is hereby dismissed without prejudice.

IT IS SO ORDERED.

_____
HONORABLE ROBERT DAWSON
U.S.D.C. JUDGE

PREPARED BY:

JOHN O. PAYNE
HUCKABAY, MUNSON, ROWLETT AND MOORE
Attorney for Plaintiff

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 27 2005

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK