IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAIRYLAND INSURANCE COMPANY          PLAINTIFF

Vs.          CASE NO. 05-CV-6018

KIMERLY GILLHAM, REGGIE GILLHAM,
ANNA WORTHAM, JAMES ICKSTADT,
DANIEL CASTILLO, ROBERT ORTEGA, Jr.,
STACI M. LAU, STACI LAU as Mother and
Next Friend of IAN LAU, a Minor, JUAN A.
ENRIQUEZ, ANTONIO GARCIA, HEALTHCARE
RECOVERIES, ST. PAUL TRAVELERS AND BLUE
CROSS BLUE SHIELD OF NEW MEXICO          DEFENDANTS

## ORDER OF DISMISSAL

Now on this date there came on for consideration the agreed Order of Dismissal in the above-styled cause. The Court, upon consideration of the pleadings and prior Orders herein, and being well and sufficiently advised in the premises, finds that:

The Plaintiff Dairyland Insurance Company, insurer for Dale Beard, has deposited policy limits in the sum of $75,000.00 with the Registry of this Court to pay all claims of personal property and bodily injury claims of the above named Defendants related to an automobile collision that occurred on the 30th day of May, 2004 near Hot Springs, Garland County, Arkansas.

That a settlement agreement has been reached among the above named Defendants regarding the distribution of said policy limits.

That the Clerk of this Court shall disburse the funds in the Registry of the

Court in the following amounts and in the manner set forth:

1. To Anna Wortham and James Ickstadt, Defendants, and their attorney, Phyllis Eddins of the Brad Hendricks Law Firm, the sum of $25,000.00 for their bodily injury claims.

2. To Kimberly Gillham, Defendant, and her attorney, Janie M. Evins, the sum of $25,000.00 for her bodily injury claim.

3. To Stacy Lau, Defendant, the sum of $854.67 for her property damage claim.

4. To State Farm Insurance Company and its attorney, Michael McCarty Harrison of Watts, Donovan and Tilley, P.A., the sum of $2,711.14 for property damages paid on behalf of Stacy Lau, Defendant.

5. To Daniel Castillo, Defendant, the sum of $5,175.48 for his property damage claim.

6. To Kimberly Gillham and Reggie Gillham, Defendants, and their attorney, Janie M. Evins, the balance of funds in the Court's registry, less the amount of the Clerk's fee.

That it appearing to this Court that the parties are in agreement to the settlement referenced above, in full and final settlement of all claims herein, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of January, 2006.

ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

Approved:

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 1 3 2006

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK